IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARCOS TRAYLOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 cv 1748 |
| | ) | |
| THE CITY OF CHICAGO, JAMES D. FRANKLIN, and DAVID A. BROWN, | ) ) ) | Judge Edmond Chang |
| | ) | Magistrate Judge Denlow |
| Defendants | ) | |

### FOURTH AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, MARCOS TRAYLOR, by and through his attorneys, STOTIS & BAIRD CHARTERED, and hereby complains of the Defendants, THE CITY OF CHICAGO, JAMES D. FRANKLIN, and DAVID A. BROWN as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction of this action pursuant to 28 USC §§1331 (Count I) and 1367 (Count II).

2. Venue is proper under 28 USC §1391(b); all parties are residents of this judicial district, and the events giving rise to the claims asserted herein occurred in this judicial district.

### PARTIES

3. Plaintiff, MARCOS TRAYLOR, is a United States citizen and a resident of Cook County, Illinois.

4. Defendant, CITY OF CHICAGO, is a municipality within Cook County, Illinois, which maintains a department of police that employs the individual police officer defendants in this action, JAMES D. FRANKLIN and DAVID A. BROWN.

5. Defendants, JAMES D. FRANKLIN and DAVID A. BROWN, are Citizens of the United States, residents of Cook County and employees of the Chicago department of police.

## COUNT I

### (Violation of 42 U.S.C.A. § 1983 v. Individual Officers)

1. That for some time prior to September 11, 2009, the Defendants, JAMES D. FRANKLIN and DAVID A. BROWN (collectively the "Officer Defendants") were at all relevant times acting under the color of state law.

2. That on September 10, 2009, the Plaintiff, MARCOS TRAYLOR, was lawfully at or near 73rd and Jeffrey in the City of Chicago, Cook County, Illinois.

3. That on September 10, 2009, the Officer Defendants stopped the Plaintiff, MARCUS TRAYLOR, at or near 73rd and Jeffrey in the City of Chicago, Cook County, Illinois.

4. That the Officer Defendants deprived the Plaintiff, MARCOS TRAYLOR, of the rights guaranteed to him by the Constitution and laws of the United States, in one or more of the following ways:

    a. Took the Plaintiff in to custody, when they had no reason to believe that he had committed any offense;
    b. Struck the Plaintiff in the face and body, knocked him to the ground, and caused him physical harm.

5. That the aforementioned deprivations of rights of the Plaintiff, MARCOS TRAYLOR, were committed callously and with reckless indifference by the Officer Defendants while acting under the color of state law.

6. That as a direct and proximate result of one or more of the foregoing violations of his statutory and constitutional rights, the Plaintiff sustained personal and pecuniary injury and was deprived of his liberty, all to his damage.

7. That the identity of the Officer Defendants was first discovered by the Plaintiff on February 7, 2012.

WHEREFORE, the Plaintiff, MARCOS TRAYLOR, demands judgment against the Officer Defendants, JAMES D. FRANKLIN and DAVID A. BROWN, for compensatory damages, attorneys' fees and punitive damages, together with the costs of this suit.

## COUNT II

### (Willful and Wanton Conduct v. City of Chicago and its agents)

1. That for some time prior to September 10, 2009, the Defendant, CITY OF CHICAGO operated and maintained a department of police.

2. That on or about September 10, 2009, the Defendant, CITY OF CHICAGO, employed JAMES D. FRANKLIN and DAVID A. BROWN as police officers, who were at all relevant times acting within the scope of their employment.

3. That on September 10, 2009, the Plaintiff, MARCOS TRAYLOR, was lawfully at or near 73rd and Jeffrey in the City of Chicago, Cook County, Illinois.

4. That at all times material hereto, it was the duty of the Defendant, CITY OF CHICAGO, individually and through its agents, JAMES D. FRANKLIN and DAVID A. BROWN, to refrain from willful and wanton conduct with respect to the Plaintiff.

5. That notwithstanding said duty, the Defendant, CITY OF CHICAGO, committed one or more of the following willful and wanton acts:

   a. Took the Plaintiff in to custody, when they had no reason to believe that he had committed any offense;
   b. Struck the Plaintiff in the face and body, knocked him to the ground, and caused him physical harm.

6. That as a direct and proximate result of one or more of the foregoing willful and wanton acts, the Plaintiff sustained personal injury, was caused to incur medical bills, to experience pain and suffering, was caused disability and disfigurement, and was deprived of his liberty, all to his damage.

WHEREFORE, the Plaintiff, MARCOS TRAYLOR, demands judgment against the Defendant, THE CITY OF CHICAGO, for pecuniary, compensatory damages, the costs and fees associated with this suit.

**STOTIS & BAIRD CHARTERED**

By:    /s/Brion Doherty
      Brion Doherty

**STOTIS & BAIRD CHARTERED**
Attorneys for Plaintiff
200 West Jackson Boulevard, #1050
Chicago, Illinois 60606-6941
312/461-1000
bdoherty@stotis-baird.com